IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JUAN CARLOS CASTANON,

Plaintiff,

v.

COOPER TIRE AND RUBBER COMPANY,

Defendant.

CIVIL ACTION NO.: 2:19-cv-86

**O R D E R**

Presently before the Court is James Seifter's Response to the Court's November 12, 2019 Show Cause Order. Doc. 62. Mr. Seifter apologizes for his oversight in not responding to the deficiency notices the Clerk of Court sent him. Id. at 1. Mr. Seifter also states he has taken steps toward being admitted to practice in the Southern District of Georgia instead of applying to appear on a pro hac vice basis, and he is scheduled to be sworn in in Savannah on December 18, 2019. Id. at 1–2.

The Court acknowledges Mr. Seifter's prompt and honest response to this Court's Order. Doc. 60. The Court, of course, encourages Mr. Seifter's efforts to become a member of this Court's practicing bar and will not strike his name as counsel of record in this case.

**SO ORDERED**, this 18th day of November, 2019.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA