FILED
John E. Triplett, Acting Clerk
United States District Court

*By casbell at 3:50 pm, Aug 12, 2020*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JUAN CARLOS CASTANON, | |
| Plaintiff, | CIVIL ACTION NO.: 2:19-cv-86 |
| v. | |
| COOPER TIRE AND RUBBER COMPANY, | |
| Defendant. | |

## SECOND AMENDED SCHEDULING ORDER

On July 17, 2020, the Court issued an Order granting the parties' joint motion to extend stay of deadlines.  Doc. 74.  In that Order, the Court ordered the parties to file a proposed amended scheduling order.  <u>Id.</u> at 2.  The parties have consulted and jointly proposed an amended scheduling order.  Accordingly, the Court sets forth the following deadlines in this case.

| | |
|---|---|
| WRITTEN DISCOVERY UNDER RULES 33 THROUGH 36 OF THE FEDERAL RULES OF CIVIL PROCEDURE[1] | October 15, 2020 |
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE NOT BEEN DESIGNATED AS EXPERTS | November 16, 2020 |
| POST-FACT DISCOVERY STATUS CONFERENCE | November 23, 2020 |
| LAST DAY TO SERVE EXPERT WITNESS REPORTS BY PLAINTIFF | December 11, 2020 |

---

[1] The Court fully expects the parties to have initiated all discovery requests by this deadline.

| | |
|---|---:|
| LAST DAY TO SERVE EXPERT WITNESS REPORTS BY A DEFENDANT | January 22, 2021 |
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | April 1, 2021 |
| POST-DISCOVERY STATUS REPORT DUE[2] | April 6, 2021 |
| POST-DISCOVERY STATUS CONFERENCE | April 12, 2021 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | May 7, 2021 |
| DEPOSITIONS OF ALL WITNESSES TAKEN FOR USE AT TRIAL | June 4, 2021 |
| PRE-TRIAL ORDER DUE | July 7, 2021 |

All other deadlines and instructions set forth in the Court's prior Orders shall remain in full force and effect.   Docs. 50, 65.

**SO ORDERED**, this 12th day of August, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2]   A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.