IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JUAN CARLOS CASTANON,<br><br>    Plaintiff,<br>v.<br><br>COOPER TIRE & RUBBER COMPANY,<br><br>    Defendant. | CIVIL ACTION NO: 2:19-cv-86 |

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss. Dkt. No. 84. The parties reached a settlement at the January 22, 2021 Settlement Conference conducted by the Court. The parties now have finalized that settlement. Upon due consideration and for good cause shown, the Court **GRANTS** the parties' motion. The Court **FINDS** that Plaintiff continues to undergo treatment and care for the damages claimed arising from the August 12, 2017 accident at issue. The Court further **FINDS** that while the settlement does not fully compensate Plaintiff for all damages claimed arising out of the accident, the settlement fully resolves and extinguishes any liability, damages, fault or percentage of fault attributable to Defendant Cooper Tire. Accordingly, this action is **DISMISSED WITH PREJUDICE**, with costs taxed as paid. The Clerk is **DIRECTED** to close this case.

SO ORDERED, this 22 day of March 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA